FILED
March 31, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D36

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | Maurice Shantel Saulsbury and Marshalistic Grenada Saulsbury | Case No : | 10−52163 − D − 13G |
| | | Date : | 3/29/11 |
| | | Time : | 10:00 |
| Matter : | [17] − Motion/Application to Value Collateral of GMAC Mortgage [EJS−2] Filed by Joint Debtor Marshalistic Grenada Saulsbury, Debtor Maurice Shantel Saulsbury (dhes) | | |
| Judge : | Robert S. Bardwil | | |
| Courtroom Deputy : | Nancy Williams | | |
| Reporter : | Diamond Reporters | | |
| Department : | D | | |

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

The motion is granted as provided in this order. The secured claim of GMAC Mortgage, whose claim is secured by a junior deed of trust on the debtors' residence, is set at $0.00. The claim shall be treated as an unsecured claim in any Chapter 13 plan. No further relief will be afforded.

Dated: March 31, 2011

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*